IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-2336-PSF-PAC

STEVEN C. SIGNER,
BATHGATE CAPITAL PARTNERS, LLC,
DONALD BROWN,
GLENDA BROWN,
PETER BACHMAN, and
FINANCIAL SERVICES INVESTORS, INC.

    Petitioners,

v.

REFCO SECURITIES, LLC,
NICHOLAS M. MASCIO, and
PETER J. MCCARTHY,

    Respondents.

## ORDER SETTING SCHEDULING CONFERENCE

Counsel for parties shall appear for a scheduling conference before the undersigned on **Tuesday, December 13, 2005 at 8:15 a.m**.  Counsel shall be prepared to discuss the matters listed in F.R.Civ.P. 16(b).  No draft scheduling order need be prepared in advance.

DATED: November 21, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judg