IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-2336-PSF-PAC

STEVEN C. SIGNER,
BATHGATE CAPITAL PARTNERS, LLC,
DONALD BROWN,
GLENDA BROWN,
PETER BACHMAN, and
FINANCIAL SERVICES INVESTORS, INC.

     Petitioners,

v.

REFCO SECURITIES, LLC,
NICHOLAS M. MASCIO, and
PETER J. MCCARTHY,

     Respondents.

---

## ORDER REGARDING EXTENSION OF TIME
---

     The Court hereby ORDERS that respondents shall have to and including December 9, 2005 within which to answer or otherwise respond to Petitioners' Notice of Application and Motion to Vacate Arbitration Award.

     DATED: November 28, 2005.

                                BY THE COURT:

                                *s/ Phillip S. Figa*

                                _____
                                Phillip S. Figa
                                United States District Judge