IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-2336-PSF-PAC

STEVEN C. SIGNER,
BATHGATE CAPITAL PARTNERS, LLC,
DONALD BROWN,
GLENDA BROWN,
PETER BACHMAN, and
FINANCIAL SERVICES INVESTORS, INC.

      Petitioners,

v.

REFCO SECURITIES, LLC,
NICHOLAS M. MASCIO, and
PETER J. MCCARTHY,

      Respondents.

## ORDER ON PENDING MOTIONS

The Court has reviewed the petitioners' Opposed Motion To Take Deposition of Santos Maggio (Dkt. # 30) and the respondents' Unopposed Motion To Vacate Settlement Conference and Filing of Settlement Documents (Dkt. # 33). It is hereby

ORDERED that the Motion to Take Deposition will be addressed at the status conference set for February 9, 2006 at 1:30 p.m. It is

FURTHER ORDERED that the Motion to Vacate (Dkt. # 33) is GRANTED. The settlement conference scheduled for February 7, 2006 at 1:30 p.m. before the

magistrate judge and the parties' obligation to file confidential settlement memoranda with the court are VACATED. The issue of rescheduling the settlement conference will be addressed at the February 9 status conference.

DATED: February 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge