IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-2336-PSF-PAC

STEVEN C. SIGNER,
BATHGATE CAPITAL PARTNERS, LLC,
DONALD BROWN,
GLENDA BROWN,
PETER BACHMAN, and
FINANCIAL SERVICES INVESTORS, INC.

    Petitioners,

v.

REFCO SECURITIES, LLC,
NICHOLAS M. MASCIO, and
PETER J. MCCARTHY,

    Respondents.

## ORDER

This Court has received respondents' Brief in Support of Sanctions Under 28 U.S.C. § 1927 (Dkt. # 44).  Pursuant to this Court's February 9, 2006 oral ruling, petitioners have ten days to respond from the filing date of respondents' brief.  Although the Court recognizes that respondents' brief deals exclusively with fees and costs as sanctions under § 1927, in the interests of judicial economy, the Court directs petitioners to address in their response the application of the fee shifting provision in paragraph 17 of the underlying agreement to this case.  Respondents shall address any arguments of petitioners as to this fee shifting provision in their reply.

    DATED: February 28, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge