IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-2336-PSF-PAC

STEVEN C. SIGNER,
BATHGATE CAPITAL PARTNERS, LLC,
DONALD BROWN,
GLENDA BROWN,
PETER BACHMAN, and
FINANCIAL SERVICES INVESTORS, INC.

    Petitioners,

v.

REFCO SECURITIES, LLC,
NICHOLAS M. MASCIO, and
PETER J. MCCARTHY,

    Respondents.

## ORDER

This matter is before the Court on Respondents' Brief in Support of Sanctions Under 28 U.S.C. § 1927 (Dkt. # 44) and Petitioners' Response (Dkt. # 47). After reviewing the filings, the Court hereby ORDERS counsel for petitioners and respondents to participate in a telephone status conference on **Monday, March 13, 2006 at 11:15 a.m.** Counsel should call in together on one line to chambers at (303) 335-2174.

    DATED: March 9, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge